UNITED STATES TRUST COMPANY, AS TRUSTEE, *Complainant*, v. A. P. RIVERS, AS RECEIVER OF AMERICAN PRODUCTS CORPORATION, A CORPORATION, *Defendant*.

Division B.

Decision Filed November 21, 1927.

*Giles J. Patterson,* for Appellant;

*A. P. Rivers,* for Appellee.

PER CURIAM.—The appeal in this case should be dismissed because the purchaser at the sale here sought to be vacated was not made a party to the appeal. Buck v. All Parties, 86 Fla. 86, 97 Sou. 313; Armour Fertilizer Works v. N. G. Wade Investment Co., 90 Fla. 403, 105 Sou. 819. Gifford v. Prummer, et al., 73 Fla. 1065, 75 Sou. 536, and it is so ordered.

Dismissed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.